AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:23-CV-01752-ALC**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **1505 Corporation 112 | C T Corporation System**
was recieved by me on  **3/09/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **O'Mara Martinez- Intake Specialist**, who is designated by law to accept service of process on
behalf of **1505 Corporation 112 | C T Corporation System** at **28 Liberty Street 42nd floor, New York, NY 10005** on
**03/10/2023 at 3:07 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:   03/10/2023

*Server's signature*

**Michael Whyte**
*Printed name and title*

**392 Roberts Avenue**
**Apt. 1**
**Yonkers, NY 10701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to O'Mara Martinez- Intake Specialist who indicated they were the person authorized to
accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The
individual appeared to be a black-haired Hispanic female contact 18-25 years of age, 5'4"-5'6" tall and weighing 140-
160 lbs.**




Tracking #: **0102598453**